# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH OSTOPICK, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-0861 |
| v. | (JUDGE CAPUTO) |
| KEITH MCFARREN, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 15th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiff Joseph Ostopick is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order. If Plaintiff fails to do so, the action will be dismissed.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge